UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIRD DEGREE FILMS, INC.

      Plaintiff,

  -against-

DOES 1-41,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER
12 Civ. 3919 (GBD)

GEORGE B. DANIELS, District Judge:

  A conference is scheduled for June 13, 2012 at 9:30AM.

Dated: New York, New York
   May 30, 2012

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge